UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY HEGGEM,<br><br>                    Plaintiff,<br><br>    v.<br><br>STOEL RIVES LLP, *et al*.,<br><br>                    Defendants. | Case No. C14-1674-RSM<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is DISMISSED without prejudice for failure to prosecute.

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 5th day of June 2015.

 

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER DISMISSING ACTION - 2